IN THE CIRCUIT COURT IN AND FOR PASCO COUNTY, FLORIDA
CIRCUIT CIVIL CASE NO.: 01-0799-CA-G

MARSHA COCHRAN, )
)
    Plaintiff, )
)            8:01-CV-1725-T-24MAP
vs. )
)
GULF VIEW WALK-IN CLINIC, INC., )
COSMETIC HAIR & VEIN REMOVAL )
CENTER, INC., and )
GUNWANT DHALIWAL, M.D., )
)
    Defendants. )
_____/

## AMENDED COMPLAINT

Plaintiff, MARSHA COCHRAN, by and through her undersigned attorneys, hereby sues Defendants, GULF VIEW WALK-IN CLINIC, INC., COSMETIC HAIR & VEIN REMOVAL CENTER, INC., and GUNWANT DHALIWAL, M.D., (hereinafter referred to as "DHALIWAL") and alleges as follows:

### ADMINISTRATIVE PREREQUISITES

1. All conditions precedent to bringing this action have occurred.

2. Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") and the Florida Commission on Human Relations ("FCHR"). A copy of the charge is attached as Exhibit 'A'.

3. A Notification of Right to Sue was received from the EEOC, a copy of which is attached as Exhibit 'B'. This Complaint has been filed within ninety (90) days of receipt thereof.

### GENERAL ALLEGATIONS

4. This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars, excluding interest and costs.




5. That at all times material hereto, Defendants, GULF VIEW WALK-IN CLINIC, INC., and COSMETIC HAIR & VEIN REMOVAL CENTER, INC. are medical facilities licensed in the state of Florida with its place of business located at 2404 U.S. Highway 19, New Port Richey, Pasco County, Florida.

6. That at all times material hereto, Defendant, DHALIWAL, was acting within the real or apparent scope of his employment and controlled Defendants, GULF VIEW WALK-IN CLINIC, INC., and COSMETIC HAIR & VEIN REMOVAL CENTER, INC., serving as managing agent, officer and director of the corporation.

7. At all times material hereto, Plaintiff, MARSHA COCHRAN, was employed by GULF VIEW WALK-IN CLINIC, INC. and COSMETIC HAIR & VEIN REMOVAL CENTER, INC. as a Medical Assistant from November, 1999 to approximately January 22, 2001.

8. During the term of her employment, Defendant, DHALIWAL, acting within the real or apparent scope of his employment, battered MARSHA COCHRAN by touching her person against her will and physically grabbing her.

9. During Plaintiff's employment with Defendants, GULF VIEW WALK-IN CLINIC, INC. and COSMETIC HAIR & VEIN REMOVAL CENTER, INC., Defendant DHALIWAL, engaged in the following battery of the Plaintiff in the office: grabbing her buttocks, squeezing her breasts, reaching down into her pants, and reaching down into her blouse.

10. At all times material hereto, Defendant, DHALIWAL, was assisted in accomplishing the foregoing batteries of Plaintiff by virtue of the employer/employee relationship.

## COUNT I - ASSAULT AND BATTERY

11. Plaintiff, MARSHA COCHRAN, realleges general allegations 1 through 10 as if fully set forth herein.

12. From approximately November, 1999 through January, 2001, Defendant, DHALIWAL, intentionally and unlawfully physically touched Plaintiff, MARSHA COCHRAN by grabbing her buttocks, squeezing her breasts, reaching down into her pants, and reaching down into her blouse, and created a fear in Plaintiff of imminent peril and said conduct was coupled with the apparent present ability to effectuate the threat.

13. Defendants, GULF VIEW WALK-IN CLINIC, INC., and COSMETIC HAIR & VEIN REMOVAL CENTER, INC. are vicariously liable for the assaults and batteries perpetrated on Plaintiff, MARSHA COCHRAN, by Defendant DHALIWAL, as managing agents acting within the apparent scope of his authority and within the real or apparent scope of his employment.

14. The batteries were unwanted by Plaintiff, MARSHA COCHRAN, and she did not consent to his actions.

15. As a direct result of the batteries perpetrated on Plaintiff, MARSHA COCHRAN, she suffered the following damages:

    a. Mental pain;

    b. Severe emotional distress;

    c. Embarrassment;

    d. Humiliation;

    e. Mental anguish;

    f. Loss of the capacity for the enjoyment of life;

    g. Impairment of working ability;

    h. Loss of dignity;

    i. Loss of or diminution of earning or earning capacity.

WHEREFORE, Plaintiff, MARSHA COCHRAN, demands a trial by jury and judgment

against Defendants, GULF VIEW WALK-IN CLINIC, INC., COSMETIC HAIR & VEIN REMOVAL CENTER, INC., and GUNWANT DHALIWAL, M.D., for an amount within the jurisdictional limits of this Court, to wit: More than Fifteen Thousand ($15,000.00) Dollars, plus costs, and for such other relief to which the Plaintiff may be justly entitled.

## COUNT II - UNPAID WAGES

16. Plaintiff, MARSHA COCHRAN, realleges general allegations 1 through 10 as if fully set forth herein.

17. At the time of her termination, Plaintiff had earned wages which were owed and payable by the Defendant employer pursuant to Florida Statute Chapter 448.

18. Defendant, despite Plaintiff's reasonable attempts to obtain payment of these earned monies, has failed and refused to make payment as required by Florida Statute Chapter 448.

19. Plaintiff has retained undersigned counsel and is obligated to pay them a reasonable fee for their services.

Wherefore Plaintiff demands a trial by Jury and Judgement for damages, attorneys fees and costs and such other relief as the Plaintiff may be justly entitled.

## COUNT III
## SEXUAL HARASSMENT

20. Plaintiff, MARSHA COCHRAN, realleges general allegations 1 through 10 as if fully set forth herein.

21. Plaintiff is a member of a protected class.

22. The aforementioned actions by DHALIWAL constitute unwelcome sexual harassment.

23. The harassment was sufficiently severe and/or pervasive to alter the terms and conditions of Plaintiff's employment.

24. The Defendant knew of should have known of the harassment of Plaintiff.

25. The aforementioned actions created a hostile environment and constitutes discrimination on the basis of sex, in violation of Title VII, 42 U.S.C. Section 2000 et seq. and Florida Statutes Chapter 760.

26. The sexual harassment and conduct of DHALIWAL created a hostile work environment which interfered with Plaintiff's ability to perform her job.

27. The Defendant's actions were intentional and encouraged an environment where degradation based on sex was common and tolerated.

28. As a result of Defendant's unlawful sexual harassment, Plaintiff has suffered and continues to suffer damages for pecuniary losses, mental anguish, loss of enjoyment of life, and other non-pecuniary losses. Plaintiff has also suffered lost wages and benefits and lost employment opportunities.

WHEREFORE, Plaintiff prays for:

a. Back pay and benefits;

b. Interest in back pay and benefits;

c. Front pay and future benefits;

d. Compensatory damages for emotional damages;

e. Other non-pecuniary damages;

f. Punitive damages;

g. Injunctive relief;

h. Attorneys fees and costs, and

i. For any other relief this Court deems just and equitable.

FLORIN, ROEBIG, WALKER, P. A.

_____
WOLFGANG M. FLORIN, ESQUIRE
CHRISTOPHER D. GRAY, ESQUIRE
ANGELA E. OUTTEN, ESQUIRE
777 Alderman Road
Palm Harbor, FL 34683
Florida Bar Nos. 907804, 902004 & 0002569
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorney for Plaintiff(s)
DATED this ____ day of August, 2001.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ✓ FEPA | |
| ✓ EEOC | |

State or local agency, if any: **Florida Commission On Human Relations and EEOC**

| Name (Indicate Mr., Mrs., Ms.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mrs. Marsha Cochran | (727) 845-7565 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 7529 Tall Tree Court | Port Richey, Florida 34668 | 11/24/64 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| Gulfview Walk In Clinic | 15+ | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2404 U.S. Hwy 19 | Holiday, Florida 34691 | Pasco |

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| Cosmetic Hair and Vein Removal Center, Inc. | 15+ | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2404 U.S. Hwy 19 | Holiday, Florida 34691 | Pasco |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

RACE ____ COLOR ____ SEX _X_ RELIGION ____ NATIONAL ORIGIN ____

RETALIATION ____ AGE ____ DISABILITY ____ OTHER (Specify) ____

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 11/ /99    LATEST: 01/22/01
CONTINUING ACTION ____

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

**I : PERSONAL HARM**: In approximately November, 1999, I began my employment as a Medical Assistant at Gulfview Walk In Clinic. Beginning on or about November 1999, my boss, Dr. Gunwant Dhaliwal, sexually harassed me on a daily basis. I was constructively discharged on or about January 22, 2001. I believe I was discriminated against based upon my sex, female.

**II: RESPONDENT'S REASON FOR ADVERSE ACTION**: No reason was given.

**III: STATEMENT OF DISCRIMINATION**: I believe I was discriminated against because of my gender, female, in violation of Title VII of the Civil Rights Act of 1964, as amended, and Florida Statutes Chapter 760.

_X_ I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X _____ DATE 1/26/01    CHARGING PARTY (Signature)

NOTARY (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)  1/26/01

EEOC FORM 5 (Rev. 06/92)

EXHIBIT "A"

KIMBERLY R. GRINER
MY COMMISSION # CC 861675
EXPIRES: August 28, 2003
Bonded Thru Notary Public Underwriters

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: | From: |
|---|---|
| Marsha Cochran<br>7529 Tall Tree Court<br>Port Richey, FL 34668 | U. S. Equal Employment Opportunity Commission<br>Tampa Area Office<br>501 E. Polk Street, Room 1020<br>Tampa, Florida 33602 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 151A10728 | David N. Hamilton, Investigator | (813) 228-2310 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## -- NOTICE OF SUIT RIGHTS --
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may pursue this matter further by bringing suit in federal or state court against the respondent(s) named in the charge. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice. Otherwise your right to sue based on the above-numbered charge will be lost.

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. (If you file suit, please send a copy of your court complaint to this office.)

On behalf of the Commission

Manuel Zurita, Area Director                    5/24/01 (Date Mailed)

Enclosure
Copy of Charge

cc:
Wolfgang Florin
Florin, Roebig, Walker, P.A.
777 Alderman Rd.
Palm Harbor, FL 34683

EXHIBIT "B"